IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WALTER MULROONEY,
      Petitioner,

vs.                                 Case No. 1:05cv175/MMP/EMT

UNITED STATES DEPARTMENT OF JUSTICE,
IMMIGRATION,
      Respondent.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1).  On November 15, 2005, this court entered an order (Doc. 8) directing Petitioner to pay the $5.00 filing fee or submit a completed application to proceed in forma pauperis.  The court also directed Petitioner to file an amended petition on the court-approved form (*id.*).  Petitioner failed to respond to the order, therefore, on December 21, 2005, the court issued an order requiring Petitioner to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 9).  The time for compliance with the show cause order has now elapsed with no response from Petitioner.

      Accordingly, it is respectfully **RECOMMENDED**:

      That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

      At Pensacola, Florida, this  24th  day of January 2006.

                         */s/ Elizabeth M. Timothy*_____
                         **ELIZABETH M. TIMOTHY**
                         **UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**